GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Sophia_Whiting@fd.org

Counsel for Defendant BEHM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DALE BEHM,<br><br>  Defendant. | **Case No.:** CR 20-00321 EMC<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |

    Dale Behm is scheduled to appear for a change of plea hearing on December 8, 2021, at 2:30 p.m. Defense counsel and the government are in consultation regarding details of the plea agreement. Defense counsel also requests additional time to get the new transfer attorney up to date in preparation for defense counsel's upcoming parental leave. The parties therefore jointly request a continuance in the above-captioned matter to December 15, 2021, at 2:30 p.m. or as soon thereafter as the Court is available.

    The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from November 18, 2021 to December 15, 2021. An exclusion is appropriate

under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence. An exclusion of time from November 18, 2021 to December 15, 2021 is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| | |
|---|---|
| December 6, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>COLIN SAMPSON<br>Assistant United States Attorney |
| December 6, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

_____    _____
Dated                                                        THE HONORABLE EDWARD M. CHEN
                                                                   United States District Judge