JODI LINKER
Federal Public Defender
Northern District of California
TAMARA CREPET
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:          Tamara_Crepet@fd.org

Counsel for Defendant DALE BEHM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE BEHM,<br><br>Defendant. | Case No. CR 20-00321 EMC<br><br>UNOPPOSED MOTION TO WAIVE DEFENDANT DALE BEHM'S PRESENCE AND [PROPOSED] ORDER |

Defendant Dale Behm, through his counsel, respectfully moves the Court to waive his in-person appearance upon the hearing of any motion on a legal question pursuant to Rule 43 of the Federal Rules of Criminal Procedure. Mr. Behm's request does not extend to the Pretrial Conference, for which he will be present.

Defendant's counsel has conferred with AUSAs Colin Sampson and Ajay Krishnamurthy and they do not object to this request.

Dated:  May 23, 2023                                _/s/_____
                                                                     TAMARA CREPET
                                                                     Assistant Federal Public Defender

STIPULATION AND [PROPOSED] ORDER

1
2
3
4
5
6

[PROPOSED] <u>ORDER</u>

7
GOOD CAUSE APPEARING, Defendant Dale Behm's appearance is ordered waived as

8
set forth in Defendant's Unopposed Motion and pursuant to Rule 43 of the Federal Rules of

9
Criminal Procedure.

10
IT IS SO ORDERED.

11
12
Dated: May _____, 2023

13
14
15
_____
HONORABLE EDWARD M. CHEN
United States District Judge

16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER