UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiffs,<br><br>   v.<br><br>DALE BEHM,<br><br>        Defendants. | Case No. 20-cr-00321-EMC-1<br><br>**ORDER RE GLOSSARY** |

The Court requested a glossary of terms and entities to assist the jury and the parties stipulated to the attached.

**IT IS SO ORDERED**.

Dated: October 30, 2023

_____
EDWARD M. CHEN
United States District Judge

# GLOSSARY

Below is a glossary of terms, abbreviations, and selected entities.

**Terms and Abbreviations**

- Customs & Border Protection ("CBP")
- Harmonized Tariff Schedule of the United States ("HTS" or "HTSUS")
- Duty Drawback ("DDB")
- Countervailing Duty ("CVD")
- Bill of Lading ("BL")
- Automated Export System ("AES")
- CBP Form 7501: Import Entry
- CBP Form 7551: Drawback Entry
- CBP Form 7552: Certificate of Delivery for Purposes of Drawback

**Selected Entities**

- TPP Export America, LLC ("TPP")
- Transpacific Polymers
- Gulf Energy and Chemical Company ("Gulf")
- International Tariff Management ("ITM")
- J. M. Rodgers Co. ("JMR")
- N. F. Stroth & Associates ("NFS")
- The Pacific Rim Traders, LLC ("PRT")
- Performance Additives ("PA")
- AGC Chemicals Americas, Inc. ("AGC")
- Bay Area Tire Recycling, Inc. ("BATR")
- ML Trading Group, Inc. ("ML")
- Orient Overseas Container Lines ("OOCL")
- SCM Commercial Industries ("SCM")